No. 512. HY-VEE FOOD STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 516. WEBER ET AL. *v.* HIATT. C. A. 9th Cir. Certiorari denied.

No. 519. ST. LOUIS SOUTHWESTERN RAILWAY CO. *v.* NIVENS. C. A. 5th Cir. Certiorari denied.

No. 5500. LEYVAS *v.* UNITED STATES; and

No. 5645. SENDEJAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 428 F. 2d 1040.

No. 5510. MACDONALD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5511. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5512. PRINCIPE *v.* KELLER, DISTRICT ATTORNEY OF SAN DIEGO COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 5517. ORME *v.* FIELD, MEN'S COLONY SUPERINTENDENT, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5521. FAIRLEY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 5523. LI *v.* ROSENBERG, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 5524. PURSLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.